United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-02013-MJC |
| Tiffany Hunter | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Sep 12, 2023 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

**Recip ID      Recipient Name and Address**
+ Lehigh Valley Health Network, Attn: Payroll Department, 1200 South Cedar Crest Boulevard, Allentown, PA 18103-6202

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Tiffany Hunter lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TIFFANY HUNTER, | : | CASE NO.: 5:23-bk-02013 |
| a/k/a TIFFANY ALSTON, | : | |
| | : | |
| Debtor. | : | |

## ORDER

Upon consideration of the above-named Debtor, TIFFANY HUNTER, having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future disposable income to the jurisdiction of this Court;

IT IS THEREFORE ORDERED that until further Order of this Court, including an Order dismissing this case, closing this case, or converting it to a case under Chapter 7 of the Bankruptcy Code, the employer/entity from whom the Debtor, TIFFANY HUNTER, receives income:

**Lehigh Valley Health Network**
**Attn: Payroll Department**
**1200 South Cedar Crest Boulevard**
**Allentown, PA 18103**

**Social Security #xxx-xx-3831**

shall deduct from the income of TIFFANY HUNTER **$125.00 from each bi-weekly paycheck**, **beginning on the next pay day following the receipt of this Order,** including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor, and to remit the deducted sums to:

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
PO BOX 6008
MEMPHIS, TN 38101-6008

IT IS FURTHER ORDERED that the employer/entity from whom the Debtor receives income shall change the amount of the monthly remittance to the Trustee in the future, if the employer/entity from whom the Debtor receives income is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the wage

deduction until the employer/entity from whom the Debtor receives income is directed in writing to discontinue the deduction, either by the Trustee or by Debtor's counsel.

    IT IS FURTHER ORDERED that the employer/entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated, and shall advise the Trustee of the reason for such termination.

    IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for all requisite withholding taxes and other appropriate deductions, be paid to the Debtor in accordance with usual payment procedure.

    IT IS FURTHER ORDERED that the employer/entity will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

    IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject employer/entity in this case, if any.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 11, 2023