Certificate Number: 12433-PAM-DE-037832653

Bankruptcy Case Number: 23-02013



12433-PAM-DE-037832653

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>October 7, 2023</u>, at <u>5:37</u> o'clock <u>PM EDT</u>, <u>Tiffany Hunter</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>October 9, 2023</u>     By: <u>/s/Lance Brechbill</u>

                                                  Name: <u>Lance Brechbill</u>

                                                  Title: <u>Teacher</u>