In re:                  Case No. 23-02013-MJC
Tiffany Hunter          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5         User: AutoDocke         Page 1 of 2
Date Rcvd: Oct 17, 2023         Form ID: ntcnfhrg         Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiffany Hunter, 4449 Sylvan Lane, Pocono Summit, PA 18346-7813 |
| 5564494 | + | CESC-COVID EIDL SERVICE CTR, 14925 KINGSPORT ROAD, FORT WORTH, TX 76155-2243 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5564491 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 17 2023 18:44:00 | Apple Card - Gs Bank Usa, GOLDMAN SACHS BANK, LOCKBOX 6112 PO BOX 7247, PHILADELPHIA, PA 19170-6112 |
| 5564492 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 17 2023 18:45:00 | BARCLAYS BANK, 125 S WEST STREET, WILMINGTON, DE 19801-5014 |
| 5564493 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2023 19:01:37 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5564495 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2023 18:45:00 | COMENITY CAPITAL / DENTAL FIRST, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5564496 | | Email/Text: electronicbkydocs@nelnet.net | Oct 17 2023 18:45:00 | DEPT OF ED/NELNET, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 5564497 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 17 2023 18:44:00 | LAKEVIEW LOAN SERVICING, CUSTOMER SERVICE, PO BOX 8068, VIRGINIA BEACH, VA 23450-8068 |
| 5564498 | | Email/Text: bankruptcynotice@nymcu.org | Oct 17 2023 18:45:00 | MUNICIPAL CREDIT UNION, 185 MONTAGUE ST, BROOKLYN, NY 11201-3608 |
| 5564499 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 17 2023 18:45:00 | NAVY FEDERAL CREDIT UNION, ONE SECURITY PLACE, MERRIFIELD, VA 22119-0001 |
| 5568126 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 17 2023 18:45:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5564500 | | Email/Text: enotifications@santanderconsumerusa.com | Oct 17 2023 18:45:00 | SANTANDER CONSUMER USA, ATTN BANKRUPTCY DEPT, PO BOX 560284, DALLAS, TX 75356-0284 |
| 5568969 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 17 2023 18:45:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5564501 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 18:50:26 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5570486 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 17 2023 18:45:00 | US DEPARTMENT OF EDUCATION, 121 S. 13TH STREET, LINCOLN, NE 68508-1904 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Tiffany Hunter lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Tiffany Hunter,<br>aka Tiffany Alston,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:23−bk−02013−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 23, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: November 30, 2023<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 17, 2023 |

ntcnfhrg (08/21)